STARK & STARK, A Professional Corporation
Mailing Address: PO Box 5315, Princeton, NJ 08543
Office Location: 993 Lenox Drive, Lawrenceville, NJ 08648
(609) 896-9060
**David M. Schmid, Esq., Attorney ID#:  00600-2008**
**Attorneys for Plaintiff(s) James E. Higham**

| | |
|---|---|
| MARK CICCONE, Administrator of the ESTATE OF JAMES HIGHAM, deceased, KATHLEEN MYERS and ELIZABETH CICCONE, <br><br> Plaintiff(s), <br><br> vs. <br><br> EDWARD J. GARDNER, GRUBB LUMBER COMPANY, INC., ABC COMPANIES 1-10 (fictitious designations) and JOHN DOES 1-10 (fictitious designations), <br><br> Defendant(s). | SUPERIOR COURT OF NEW JERSEY CAMDEN COUNTY LAW DIVISION <br><br> Docket No. 1:18-cv-00145 <br><br> **CIVIL ACTION** <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The matter in difference in the above-entitled action having been amicably adjusted by

and between the parties, it is hereby stipulated and agreed that the same be and it is hereby

dismissed without costs against either party.

By:
STEPHEN G. SOBOCINSKI, ESQ.
Attorney(s) for Defendant

By:
DAVID M. SCHMID
Attorney(s) for Plaintiff(s)

STARK & STARK
ATTORNEYS AT LAW