[Doc. No. 24]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| MARK CICCONE, Administrator of the ESTATE OF JAMES HIGHAM, deceased, KATHLEEN MYERS and ELIZABETH CICCONE, <br><br> Plaintiffs, <br> vs. <br><br> EDWARD J. GARDNER, GRUBB LUMBER COMPANY, INC., ABC COMPANIES 1-10 (fictitious designations) and JOHN DOES 1-10 (fictitious designations), <br><br> Defendants. | CIVIL ACTION <br><br> Docket No. 1:18-cv-00145 <br><br> ORDER |

**THIS MATTER** having been opened before the Court by Stark & Stark, a Professional Corporation, Attorneys for the Plaintiff(s), James E. Higham, for an Order to set a 25% attorneys' fee on the net settlement proceeds exceeding $3 million, and the Court having considered the moving papers, and ~~any opposition thereto~~ there being no opposition, and for good cause shown;

IT IS on this __6th__ day of __December__, 2019,

**ORDERED** that the law firm of Stark & Stark, P.C. shall be entitled to legal fees in the above matter in the amount of 25% of the net recovery in excess of $3,000,000.00.

**IT IS FURTHER ORDERED** that a true and correct copy of this Order be sent to all counsel within __3__ days of receipt of this Order.

_____
~~J.S.C.~~
MAGISTRATE JUDGE
JOEL SCHNEIDER

__ Opposed
_X_ Unopposed

4818-7063-6189, v. 1